# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3533
_____

HOA PROBLEM SOLUTIONS INC.
as Trustee of the 2995
Centerwood Drive Land Trust,

    Appellant,

    v.

NATIONSTAR MORTGAGE LLC;
CHERYLL MERRITT; CREEKSIDE
BEND OWNERS ASSOCIATION,
INC.; UNKNOWN BENEFICIARIES
OF THE 2955 CENTERWOOD
DRIVE LAND TRUST; UNKNOWN
TENANT #1 IN POSSESSION OF
THE SUBJECT PROPERTY;
UNKNOWN TENANT #2 IN
POSSESSION OF THE SUBJECT
PROPERTY,

    Appellees.

_____


On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

April 6, 2018


PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Matthew D. Wolf of The Law Office of Matthew D. Wolf, PLLC, Riverview, for Appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Celia C. Falzone of Akerman LLP, Jacksonville, for Appellee Nationstar Mortgage LLC.

No appearance for remaining Appellees.